Azmeri Shahrin Hossain, Plaintiff-Appellant,
against
Abdul Jalil Baig, Defendant-Respondent.




Plaintiff appeals from a judgment of the Civil Court of the City of New York, Bronx County (Fidel E. Gomez, J.), entered on or about April 8, 2019, after a nonjury trial, in favor of defendant dismissing the complaint.




Per Curiam.
Judgment (Fidel E. Gomez, J.), entered on or about April 8, 2019, affirmed, without costs. A fair interpretation of the evidence supports the trial court's determination that defendant travel agent did not breach the agreement to furnish defendant with a round-trip air transportation ticket from New York to Dhaka, Bangladesh. The evidence showed that plaintiff successfully traveled from New York to Dhaka with the airline ticket she purchased from defendant. With respect to the return leg of the ticket, it is not disputed that plaintiff, while in Dhaka, discovered that the ticket was "suspended" by the airline because an issue had arisen with regard to the credit card defendant used to purchase the ticket. However, the testimony and evidence credited by the court supports its determination that defendant took necessary action to have the suspension lifted a few days prior to plaintiff's scheduled return, and that defendant so notified plaintiff.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: February 19, 2020